H. Clinton Milner
State Bar No. 14169500
**H. Clinton Milner, PLLC**
P.O. Box 801031
Dallas, Texas 75380
Tel. (214) 342-0700
E-mail: hcmilner@msn.com
**Attorney for Prosperity Bank**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 22-30072-mvl-11** |
| **JAMES BRADLEY LAGER, and** | § | |
| | § | |
| **JBL HOSE SERVICES LLC dba** | § | |
| **TEXAS HOSE PRO** | § | **CHAPTER 11** |
| | § | |
| **Debtors** | § | **JOINTLY ADMINISTERED** |
| | § | |

## NOTICE OF WITHDRAWAL OF PROSPERTY BANK'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY OR,
## <u>IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION</u>

PLEASE TAKE NOTICE that PROSPERITY BANK hereby withdraws its *Motion for Relief from Automatic Stay Or, In the Alternative, For Adequate Protection* [Doc 205 and Doc 206], filed October 8, 2023, due to confirmation of Debtors' *Amended Subchapter V Plan of Reorganization* [Doc 216] at confirmation hearing on January 17, 2024.

Dated: January 18, 2024.                    Respectfully Submitted,

                                               **H. CLINTON MILNER, PLLC**

                                               BY: *<u>/s/ H. Clinton Milner</u>*
                                                 H. Clinton Milner
                                                 State Bar No. 14169500
                                                 P.O. Box 801031
                                                 Dallas, Texas 75380
                                                 Tel:  (214) 342-0700
                                                 Email:  hcmilner@msn.com
                                                 Attorney for Prosperity Bank

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Notice of Withdrawal of Prosperity Bank's Motion for Relief from Automatic Stay has been served electronically or by United States mail, postage prepaid upon the parties or persons listed below and all parties or counsel who filed appearance in this cause through the Court's ECF filing system, on this 18th day of January, 2024.

*/s/ H. Clinton Milner*
H. Clinton Milner

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75274

Melissa S. Hayward
James Sanford Brouner
Hayward PLLC
10501 N. Central Expressway, Suite 106
Dallas, TX 75231

JBL Hose Services, LLC
3131 Irving Blvd. Suite 600
Dallas, TX 75247

Attached Service List

James Bradley Lager
1529 Seegar Street
Dallas, TX 75215

Katherine B. Clark–SBRA V Trustee
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, TX 75201

Behrooz P. Vida-SBRA V Trustee
The Vida Law Firm
3000 Central Drive
Bedford, TX 76021

Label Matrix for local noticing
0539-3
Case 22-30439-mvl11
Northern District of Texas
Dallas
Fri Oct  6 16:11:20 CDT 2023

Ally Bank  CO AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Dallas County
Linebarger Goggan Blair & Sampson LLP
c/o Laurie A. Spindler
2777 N. Stemmons Frwy Suite 1000
Dallas, TX 75207-2328

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N Stemmons Frwy, Suite 1000
Dallas, TX 75207-2328

JBL Hose Service LLC
3160 Commonwealth Drive
Suite 130
Dallas, TX 75247-6218

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, tx 78711-2548

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Action Air
1401 Valley View Lane, Ste. 100
Irving, TX 75061-3604

Ally Bank
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

American Arbitration Association
13727 Noel Road, Ste. 700
Dallas, TX 75240-2000

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Brennan Industries of Texas
PO Box 6252
Arlington, TX 76005-6252

CHTD Company
P.O. Box 2576
Springfield, IL 62708-2576

CIP DFW Logistics LLC
C/O CIP Real Estate Prop.
19762 MacArthur Blvd Ste: 300
Irvine, CA 92612-2498

Cintas
PO Box 650838
Dallas, TX 75265-0838

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Fwy. Ste. 1000
Dallas, TX 75207-2328

Dallas County
Linebarger, Goggan, Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Dallas County
PO Box 139066
Dallas, TX 75313-9066

E. Avenue F LLC
12404 Park Cental Dr Suite: 225-S
Dallas, TX 75251-1817

FC Marketplace LLC
747 Front St., Floor 4
San Francisco, CA 94111-1922

FCCI Insurance Group
PO Box 405563
Atlanta, GA 30384-5563

Fittings Unlimited Inc.
PO Box 227354
Dallas, TX 75222-7354

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

Hubert Glass Oil Co.
36036 Highway 69N
Jacksonville, TX 75766-0267

IdeaFarm
Sean Kelly
PO Box 10232
Lancaster, PA 17605-0232

Imperial Supplies Distribution
PO Box 5362
Janesville, WI 53547-5362

Insperity
19001 Crescent Springs Drive
Kingwood, TX 77339-3802

Iruka Capital Group LLC
162 Elmora Ave., #211
Elizabeth, NJ 07202-1148

James Lager
1529 Seegar St.
Dallas, TX 75215-2002

Kaufmann Gildin & Robbins LLP
767 Third Ave.
New York, NY 10017-2092

Laurie Spindler Huffman
Linebarger Goggan
2777 N. Stemmons Fwy., Ste. 1000
Dallas, TX 75207-2328

Legacy Texas Bank
707 E. Arapaho Road
Richardson, TX 75081-2290

Mercedes-Benz Financial Services USA
PO Box 685
Roanoke, TX 76262-0685

Mitsubishi HC Capital America
800 Connecticut Ave.
Norwalk, CT 06854-1631

Mitsubishi HC Capital America, Inc.
c/o Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747-2725

NRP Jones LLC
Dept. 10420
PO Box 87618
Chicago, IL 60680-0618

Nudraulix, Inc.
PO Box 7365
Mobile, AL 36670-0365

PCI
5101 Naiman Pkwy, Ste. 600
Solon, OH 44139-1017

PIRTEK USA, LLC
c/o Glenn Moses, Esq.
100 SE 2nd St., Suite 4400
Miami, FL 33131-2118

Pirtek USA LLC
c/o Michael D. Joblove
Genovese Joblove & Battista P.A.
100 Southeast Second St., 44th Floor
Miami, FL 33131-2100

Poly Hose
300 Columbus Circle., Ste. E
Edison, NJ 08837-3907

Precision Filtration Systems
PO BOX 140766
Dallas, TX 75214-0766

Prosperity Bank
707 E. Arapaho Rd.
Richardson, TX 75081-2289

Pure Water Partners
PO Box 24445
Seattle, WA 98124-0445

Rojo Capital
548 Market St., #35697
San Francisco, CA 94104-5401

SRM Industries
14915 Stuebner Airline Rd., Ste. D
Houston, TX 77069-2120

Small Business Administration
4300 Amon Carter Blvd. Suite 114
Fort Worth, TX 76155-2652

(p)SNAP ON CREDIT
950 TECHNOLOGY WAY
SUITE 301
LIBERTYVILLE IL 60048-5339

Spencer Fane
PO Box 872037
Kansas City, MO 64187-2037

Stanley Ford
1280 E. McGregor Dr.
Mc Gregor, TX 76657-1315

Stuart Hose & Pipe
2621 Irving Blvd.
Dallas, TX 75207-5913

Stucchi, Inc.
PO Box 71677
Chicago, IL 60694-1677

Tarrant County Tax Assessor
PO Box 961018
Fort Worth, TX 76161-0018

Technology Media Group
1262 Viceroy Drive
Dallas, TX 75247-3909

The Odee Company
P.O. Box 550488
Dallas, TX 75355-0488

U.S. Small Business Administration
200 W. Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

ULINE
PO Box 88741
Chicago, IL 60680-1741

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Waste Management of Texas Inc.
PO BOX 660345
Dallas, TX 75266-0345


WestAir Gases & Equipment Inc.
PO Box 101420
Pasadena, CA 91189-1420

Wex Fleet Card
PO Box 639
Portland, ME 04104-0639

Wilson Company
16301 Addison Rd.
Addison, TX 75001-3248


Wilson Company
c/o Brian C. Mitchell
Reed Smith LLP
2850 N. Harwood St., Ste. 1500
Dallas, TX 75201-2617

Behrooz P. Vida -SBRA V
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021-3671

Melissa S. Hayward
Hayward PLLC
10501 N. Central Expry, Ste. 106
Dallas, TX 75231-2203


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Ford Credit
National Bankruptcy Service
PO Box 62180
Colorado Springs, CO 80962

(d)Ford Motor Credit Company LLC
c/o National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962

Snap-On Credit LLC
950 Technology Way, Ste. 301
Libertyville, IL 60048-5339


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Ford Motor Credit Company LLC

(u)PIRTEK USA, LLC

(u)Wilson Company


End of Label Matrix
Mailable recipients    71
Bypassed recipients     3
Total                  74