BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: James Bradley Lager | [216] Amended Chapter 11 Plan Small Business Subchapter V – filed by Jointly Administered Party/Debtor JBL Hose Service, LLC, Debtor James Bradley Lager | Case # 22–30072–mvl11 |
| DEBTOR | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| James Bradley Lager | VS | |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | | |
|---|---|---|
| Melissa S. Hayward | | |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

DEBTOR EXHIBITS 1–6 (SEE DKT #233)

| | | |
|---|---|---|
| Hawaii Jeng | Date | Michelle V. Larson |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |